751 A.2d 182

**The CANTON TOWNSHIP SANITARY AUTHORITY and The Washington–East Washington Joint Authority,**

v.

**John F. KRAEER and Cinda Sue Kraeer and George Alexas.**

**Petition of George Alexas.**

Supreme Court of Pennsylvania.

May 31, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 31st day of May. 2000, the Petition For Allowance of Appeal is **GRANTED.** In reversing the trial court's order to the extent that it struck off the liens docketed at Nos. 92–6203 and 88–5075, the Commonwealth Court failed to address the trial court's finding that respondent's argument in that regard was waived since it had never been raised below. Petitioner specifically presented that waiver argument in his Commonwealth Court brief. Accordingly, this matter is **REMANDED** to the Commonwealth Court for consideration of the waiver argument.